REED v. NEWMAN.

(Supreme Court, Appellate Term. June 13, 1900.)

SUIT FOR WAGES—RECOVERY FOR BREACH OF CONTRACT.
    Under a complaint for wages due, no recovery can be had for damages for breach of contract.

Appeal from municipal court, borough of Manhattan, First district. Action by Nannie Reed against William W. Newman. From a judgment in favor of plaintiff, defendant appeals. Modified.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

James Murphy, for appellant.
George W. Gibbons, for respondent.

PER CURIAM. The complaint is for wages due, and plaintiff must be confined to the period during which she actually rendered services. There can be no recovery for damages for breach of contract under such a complaint. Fallon v. Farber (Sup.) 62 N. Y. Supp. 742.

The judgment should therefore be reduced to $11.50, and as modified affirmed, without costs to either party.